SCOTT R. LACHMAN, ESQ.
Nevada Bar No. 12016
NICHOLAS E. BELAY, ESQ.
Nevada Bar No. 15175
**AKERMAN LLP**
1180 N. Town Center Dr., Suite 290
Las Vegas, NV 89144
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: scott.lachman@akerman.com
Email: nicholas.belay@akerman.com

*Attorneys for General Electric Company dba GE Aerospace*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DERRICK COLE,<br><br>Plaintiff,<br><br>v.<br><br>GENERAL ELECTRIC CO. dba GE Aerospace,<br><br>Defendant. | Case No.: 2:26-cv-03511-GMN-MDC<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>**(FIRST REQUEST)** |

Defendant General Electric Company dba GE Aerospace (**GE Aerospace**) and plaintiff Derrick Cole stipulate that GE Aerospace shall have up to and including **November 13, 2026**, to file its responsive pleading to the complaint in this matter. The current deadline is October 30, 2026, pursuant to Federal Rules of Civil Procedure 81(c)(2). Good cause exists to grant the requested extension due to time and scheduling constraints on the part of GE Aerospace's counsel, as well as to allow additional time for the parties to discuss and potentially reach an agreement on whether this matter is governed by an arbitration agreement.

. . .

. . .

. . .

This is the parties' first request for an extension of this deadline and is not intended to cause any delay or prejudice to any party.

DATED October 29, 2026.

| | |
|---|---|
| **AKERMAN LLP**<br><br>*/s/ Scott R. Lachman*<br>SCOTT R. LACHMAN, ESQ.<br>Nevada Bar No. 12016<br>NICHOLAS E. BELAY, ESQ.<br>Nevada Bar No. 15175<br>1180 N. Town Center Dr., Suite 290<br>Las Vegas, NV 89144<br><br>*Attorneys for General Electric Company dba GE Aerospace* | **PAUL PADDA LAW, PLLC**<br><br>*/s/ Paul S. Padda*<br>PAUL S. PADDA, ESQ.<br>Nevada Bar No. 10417<br>6605 Las Vegas Blvd. South, Suite 203<br>Las Vegas, NV 89119<br><br>*Attorney for Derrick Cole* |

**IT IS SO ORDERED.**

**Hon. Maximiliano D. Couvillier, III**
**UNITED STATES MAGISTRATE JUDGE**

**DATED:** November 2, 2026



akerman